**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KENDALL JEVON JACKSON,

    Petitioner,

vs.                                              Case No.:   3:12-cv-388-J34-PDB
                                                                         3:10-cr-198-J34-PDB

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

This cause is before the Court on Petitioner Kendall Jevon Jackson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1, Motion to Vacate).[1] On June 24, 2014, the Court entered an order granting Jackson an evidentiary hearing. (Doc. 10, Order). The Court appointed counsel for Jackson, and the Honorable Patricia D. Barksdale, United States Magistrate Judge, conducted an evidentiary hearing on August 12, 2014. Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16, R & R), which recommends that the Court deny Jackson's Motion to Vacate. The parties were given until October 20, 2014 to file objections to the Report and Recommendation, and none has been filed.

The Court may "accept, reject, modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir.

---

[1] Citations to the record of Jackson's criminal case file, United States of America vs. Kendall Jevon Jackson, 3:10-cr-198-J34-PDB, are denoted as "Crim. Doc. ____." Citations to Jackson's civil § 2255 case file, 3:12-cv-388-J34-PDB, are denoted as "Doc. ____."

1993); see also 28 U.S.C. § 636(b)(1). However, the Court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007). Under 28 U.S.C. § 636(c), only a district judge has authority to issue the final judgment on a § 2255 motion. Brown v. United States, 748 F.3d 1045, 1072 (11th Cir. 2014).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 16) is **ADOPTED** as the opinion of the Court.[2]

2. Jackson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1) is **DENIED**.

3. The Clerk shall enter judgment in favor of the United States and against Kendall Jevon Jackson and close the file.

4. If Jackson appeals the denial of the petition, the Court denies a certificate of appealability. Because this Court has determined that a certificate of appealability is not warranted, the Clerk shall terminate from the pending motions report any motion to proceed on appeal as a pauper that may be filed

---

[2] The Court only corrects a scrivener's error on page 37 of the Report, where the petitioner is referred to as "Holmes." The Court will change "Holmes" to "Jackson" so that the sentence now reads: "Without a showing of either ineffectiveness or prejudice, Jackson has not satisfied his burden of demonstrating that Burke had been constitutionally ineffective in failing to investigate the drug crime." See R&R at 37.

in this case.  Such termination shall serve as a denial of the motion.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of October, 2014.

MARCIA MORALES HOWARD
United States District Judge

lc 19

Copies:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Pro se party
Counsel of record